# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| ST. CROIX FARMERS IN ACTION   Plaintiff | CASE NO. SX-05-CV-0000063 |
| vs | ACTION FOR: WRIT OF REVIEW |
| VI BOARD OF LAND USE APPEALS | |
| Defendant | |

# NOTICE OF ENTRY OF ORDER

TO:  ANDREW C. SIMPSON, ESQ.
    TRESTON E. MOORE, ESQ.
    ROBERT BORNHOLT, ESQ.

Please take notice that on November 07, 2013 a(n) ORDER dated October 29, 2013   was entered by the Clerk in the above-entitled matter.

Dated: November 07, 2013

Venetia H. Velazquez, Esq.
Clerk of the Court

TISHA LAURENCIN-ORTIZ
COURT CLERK II

SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| VIRGIN ISLANDS CONSERVATION SOCIETY, INC., <br><br> Petitioner, <br><br> v. <br><br> VIRGIN ISLANDS BOARD OF LAND USE APPEALS, <br><br> Respondent, <br><br> and <br><br> GOLDEN RESORTS, LLLP, <br><br> Intervenor | CASE NO.: SX-05-CV-083 <br><br> PETITION FOR WRIT OF REVIEW |

## ORDER

THIS MATTER is before the Court on *sua sponte* review of the file. In a February 14, 2011 Memorandum Opinion and Order, the Court concluded that remanding this matter to the Coastal Zone Management ("CZM") Committee to conduct further findings of fact regarding the issues Virgin Islands Conservation Society, Inc. had initially raised in its petition for review was the proper course of action. The Court also noted that any party could, following determinations by the CZM Committee on remand, appeal to the Board of Land Use Appeals ("Board"). Although, to date, nothing further has come before the Court, the Court does not that the notice of entry for the February 14, 2011 Memorandum Opinion and Order indicates that it was only served on counsels for Golden Resorts, LLP and V.I. Conservation Society. The Board was not served nor was a copy forwarded to counsel for the CZM Committee. Additionally, on March 10, 2011, counsel for V.I. Conservation Society submitted a courtesy copy of a motion for writ of mandamus filed with the Appellate Division of the District Court of the Virgin Islands, requesting that the Appellate Division

V.I. Conservation Soc'y, Inc. v. V.I. Bd of Land Use App.
SX-05-CV-083
ORDER
Page 2 of 2

order this Court to vacate its February 14, 2011 Memorandum Opinion. To date, nothing further has come before the Court including any indication whether the CZM Committee acted on the February 14, 2011 remand or whether the Appellate Division acted on the March 2011 petition for writ of mandamus. Accordingly, it is hereby

**ORDERED** that **within fourteen (14) days** from the date of entry of this Order the parties shall either jointly or individually notify the Court as to the status of this matter. It is further

**ORDERED** that a copy of this Order shall be served on counsel for all parties and forwarded to the Appellate Division of the District Court of the Virgin Islands. It is further

**ORDERED** that a certified copy of the Court's February 14, 2011 Memorandum Opinion and Order shall also be served on counsel for Virgin Islands Board of Land Use Appeals as well as counsel for the CZM Committee in the event neither party was served.

DONE and so ORDERED this 29th day of October, 2013.

ATTEST:
Venetta Harvey-Velazquez, Esq.
Clerk of the Court
By: _____
Court Clerk Supervisor
Dated: 10/29/13

HAROLD W.L. WILLOCKS
Judge of the Superior Court