FOR PUBLICATION

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. CROIX
              APPELLATE DIVISION
```

| | |
|---|---|
| VIRGIN ISLANDS CONSERVATION SOCIETY, INC., <br><br>     PETITIONER, <br><br> v. <br><br> VIRGIN ISLANDS BOARD OF LAND USE APPEALS, <br><br>     RESPONDENT, <br><br> AND <br><br> GOLDEN RESORTS, LLP, <br><br>     INTERVENOR. | D.C. Civ. App. No. 2006/089 <br> Sup. Ct. Civ. No. 0083/2005 |

On Appeal from the Superior Court of the Virgin Islands

**Considered: May 13, 2011**
**Filed: April 9, 2020**

**BEFORE:   CURTIS V. GÓMEZ**, Chief Judge[1], District Court of the Virgin Islands; **JUAN R. SANCHEZ**, Judge of the District Court, Eastern District of Pennsylvania, sitting by designation; and **MICHAEL C. DUNSTON**, Judge of the Superior Court of the Virgin Islands, Division of St. Thomas and St. John, sitting by designation.

**Attorneys:**

**Andrew C. Simpson. Esq.**
St. Croix, U.S.V.I.
    Attorney for Petitioner,

**Robert Bernholt, AAG**
St. Croix, U.S.V.I.
    Attorney for Respondent(*deceased*),

---

[1] At the time this appeal was considered, Judge Curtis V. Gómez was the Chief Judge of the District Court of the Virgin Islands.

*VICS v. Board of Land Use Appeals*
D.C. Civ. App. No. 2006/089
Judgment
Page 2

**Treston E. Moore, Esq.**
St. Thomas, U.S.V.I.
    Attorney for Intervenor.

---

**JUDGMENT**

**PER CURIAM,**

    For the reasons stated in the Memorandum Opinion of even date, it is hereby

    **ORDERED** that the May 25, 2006, Judgment of the Superior Court of the Virgin Islands affirming the Board of Land Use Appeals' decision to grant a major coastal zone permit to Golden Resorts, LLP, is **AFFIRMED**.

**SO ORDERED**, this 9th day of April, 2020.