**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **VIRGIN ISLANDS CONSERVATION SOCIETY, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**VIRGIN ISLANDS BOARD OF LAND USE APPEALS** and **GOLDEN RESORTS, LLLP,**<br><br>Defendants. | ) | **CASE NO. 1:06-cv-00089** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of **ANTHONY R. KITURE, ESQUIRE** of the **KITURE LAW FIRM** as counsel for Defendant, **GOLDEN RESORTS, LLLP** in the above-referenced matter. **GOLDEN RESORTS, LLLP** requests that copies of all motions, notices and pleadings be forwarded to the undersigned at 2126 Company Street, Christiansted, VI 00820-4945.

**RESPECTFULLY SUBMITTED,**

**DATED**: November 20, 2026

/s/ Anthony R. Kiture, Esquire
**ANTHONY R. KITURE, ESQUIRE**
V.I. Bar No. 1046
*Counsel for Golden Resorts, LLLP*
**KITURE LAW FIRM**
2126 Company Street
Christiansted, VI 00820-4945
Tel: (340) 773-4590
Fax: (340) 773-4599
Email: *anthony@kiturelaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2026, I caused a true and exact copy of the foregoing **Notice of Appearance** to be filed through CM/ECF which will send notification to all Counsels of record in this matter.

/s/ Anthony R. Kiture, Esquire
**KITURE LAW FIRM**